AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Diane Carlson,
d/b/a "Yesterday's Chevy Parts"

V.

National Chevy Association, a Minnesota corporation, Rory Rhinebold d/b/a Bob's Antiques, Michael Williams, d/b/a Muscle Car Mike, Jere Longrie and Marian Longrie, d/b/a Longrie's Super Auto Stuff, Fargo Automotive, Inc., a California corporation

**JUDGMENT IN A CIVIL CASE**

Case Number:   05-447   ADM/JSM

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the above-captioned matter is hereby dismissed with prejudice, in accordance with the Stipulation of Dismissal, and with respect to all claims and counterclaims by and between the parties, on the merits and without further cost to any of the parties or their attorneys.

September 8, 2005                                           RICHARD D. SLETTEN, CLERK
Date

                                                                             s/Amy Linner
                                                           (By)         Amy Linner,   Deputy Clerk

Form Modified:  09/16/04